184 P.3d 838

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | | |
|---|---|---|---|---|
| Jou v. Schmidt | 27369 | 05/14/2008 | Denied | 117 Hawai'i 477, 184 P.3d 792 |
| Jou v. Schmidt | 27370 | 05/16/2008 | Denied | 117 Hawai'i 502, 184 P.3d 817 |